Jonathan G. Gabriel, Esq., SBN 140381
Jeffrey Alpert, Esq., SBN 165997
LAW OFFICES OF JONATHAN G. GABRIEL
16311 Ventura Blvd., Ste. 970
Encino, California 91436
Telephone: (818) 906-3700
Facsimile: (818) 906-2142

Attorneys for Plaintiff,
OSKAR SYSTEMS, INC.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSKAR SYSTEMS, LLC, A WASHINGTON LIMITED LIABILITY COMPANY, <br> Plaintiff, <br> v. <br> CLUB SPEED , INC., a California Coporation; ERIC NOVAKOVICH, an individual; POLE POSITION RACEWAY, INC., a California Corporation; P2R KARTING, INC., a California Corporation; KEN FAUGHT, an individual; JASON WILLIAMS, an individual; and DOES 1-10, INCLUSIVE; <br> Defendants. | Case No. <br> **CV09-03854 AHM (SHx)** <br><br> **COMPLAINT FOR** <br> **COPYRIGHT INFRINGEMENT** <br><br> **JURY TRIAL DEMANDED** |

## OSKAR SYSTEMS. LLC'S ORIGINAL COMPLAINT

COMES NOW Plaintiff, OSKAR Systems, LLC, and alleges as follows:

### INTRODUCTION

1.    This is an action by Plaintiff OSKAR Systems, LLC ("OSKAR Systems"), to recover damages arising from infringement of Plaintiff's

1

copyrights in its creative works by Defendants Club Speed, Inc. ("Club Speed"), Eric Novakovich ("Novakovich"), Pole Position Raceway, Inc. ("Pole Position"), Ken Faught ("Faught") and Jason Williams ("Williams") and to enjoin said defendants from future infringement. Said Defendants have reproduced, marketed and distributed via interstate commerce a certain software program known as "Speed Sheet" that contains code that was illegally copied from Plaintiff's software program.

## THE PARTIES

2.     Plaintiff is a Washington Limited Liability Company with its principal place of business located at 324 15th Ave E, Suite 103, Seattle, WA 98112-5194.

3.  Defendant Club Speed, Inc. is now, and at all times mentioned herein was, a California corporation with its principal place of business located at 981 Corporate Center Drive, Suite 130, Pomona, CA 91768.

4.  Plaintiff alleges on information and belief that Defendant Eric Novakovich is an individual who is now, and at all times pertinent hereto was the President and agent for service of process of Club Speed, Inc., with his address at 981 Corporate Center Drive, Suite 130, Pomona, CA 91768.

5.  Defendants Pole Position Raceway, Inc. ("Pole Position") and P2R Karting, Inc. ("P2R Karting") are now, and at all times mentioned herein were, California corporations with their principal place of business located at 1594 E. Bentley Dr. Corona, CA 92879.

6.  Plaintiff alleges on information and belief that Defendants Ken Faught ("Faught") and Jason Williams ("Williams") are now, and at all times mentioned herein were, the principals of Pole Position and P2R Karting, with their principal place of business located at 1594 E. Bentley Drive, Corona, CA 92879.

2

7.     The true name of defendants sued herein as DOES 1-50 are unknown to Plaintiff, which sues said defendant by such fictitious names.

## JURISDICTION

8.     This Court has subject matter jurisdiction over Plaintiff's claim for copyright infringement and related claims pursuant to 17 U.S.C. §101, *et. seq.*, and 28 U.S.C. §1331 and 1338 (a).

9. The Court has personal jurisdiction over Defendant. Defendant solicits, transacts, and is doing business within the State of California causing injury in California. Plaintiff's claims arise out of the conduct that gives rise to personal jurisdiction over Defendant.

## VENUE

10.  Venue is proper in this Court pursuant to 28 U.S.C. §1391(b)(2) and 1400(a).

## BACKGROUND

11.    Indoor go-kart racing ("karting") is a fast growing recreational industry in America, and worldwide. In 2000, Mike Conte ("Conte"), Plaintiff's principal, formed a karting company in Seattle, Washington, called Champs Karting, LLC. Conte, a former professional racecar driver, was a senior executive at Microsoft Corp., and in 2002, Conte and programmers working for him wrote an entirely new software program from the ground up to operate a karting business. They called their software program OSKAR, and marketed it to karting companies through a separate business known as Contemporary Systems, Inc. In 2006, Conte formed

3

OSKAR Systems, LLC, and in 2008, Conte began marketing OSKAR to karting companies through OSKAR Systems.

12. In June, 2005, Conte sold OSKAR to a karting company in Corona, California called Pole Position, and from 2005 to 2007, Pole Position became one of OSKAR System's significant clients.

13. OSKAR is a complex software program, designed to operate every aspect of a karting business, from point of sale transaction recordkeeping to individual driver timing and statistical analysis. The algorithms and formulas that form the basis of the graphs and reports in OSKAR took Conte's team of programmers thousands of hours to write, and the computer code of OSKAR is and was encrypted to prevent copying. OSKAR Systems licenses the OSKAR software to its customers, on an annual basis, and charges and annual fee for maintaining the system.

14. In July, 2007, Pole Position abruptly terminated its relationship with OSKAR Systems, and shortly thereafter, OSKAR Systems learned that Pole Position had begun using a software program called Speed Sheet.

15. Upon further investigation, OSKAR Systems learned that Speed Sheet performed almost exactly the same way that OSKAR did, producing almost identical graphs and reports as OSKAR such as Lap Time graphs (Exhibits "A1" and "A2") and Race Detail Reports (See Exhibits "B1", and "B2", attached hereto). OSKAR Systems also learned that the customer liability waiver agreement the Speed Sheet included was identical to the customer liability waiver agreement used by OSKAR (See Exhibits "C1" AND "C2" hereto).

16. OSKAR Systems subsequently learned that both Club Speed and its principal Novakovich, on the one hand, and Pole Position, P2R Karting, and their principals Faught and Williams, on the other hand, had

4

begun to aggressively market the Speed Sheet software to karting companies, and had begun to lure away existing customer of OSKAR, while holding out Speed Sheet as a superior software program developed entirely by themselves.

## FACTS COMMON TO ALL CLAIMS

17. The computer software program at issue in this action is of obvious high value and is easily discernable as a professional work. The computer software program was created by Champs Karting and OSKAR Systems, LLC, and the software took literally thousands of hours to write.

18. The computer software program at issue in this action is registered to Plaintiff with the United States Copyright Office. A copy of the copyright is attached hereto as Exhibit "D".

19. Defendants, without authorization, copied, sold and distributed a computer software program owned by and registered to Plaintiff.

## FIRST CAUSE OF ACTION

## COPYRIGHT INFRINGEMENT – 17 U.S.C. §501

Plaintiff Owns the Federally Registered Copyright of a Computer Software Program

20. Plaintiff repeats and incorporates by this reference each and every allegation set forth in paragraphs 1 through 19, inclusive.

21. At all times relevant hereto, Plaintiff has been the owner of the computer program, a considerable part of which was reproduced, distributed and publicly displayed by Defendant.

22. Plaintiff holds a copyright registration certificate from the United States Copyright Office for the work that is at issue in this matter.

Defendants Willfully Infringed Plaintiff's Registered Copyrights

5

23. Without authorization, Defendants reproduced, and thereafter distributed and publicly displayed a significant portion of Plaintiff's computer software program.

24. Plaintiff did not authorize defendant's copying, display or distribution of any of the computer software program.

25. Plaintiff did not authorize defendant's copying, display or distribution of any of this work.

Defendants Willfully Infringed Plaintiff's Registered Copyrights

26. Defendants infringed the copyrights in Plaintiff's computer program by reproducing, distributing and/or publicly displaying the computer software program without proper approval or authorization of Plaintiff.

27. The computer program was identified with Plaintiff's mark and thus Defendants knew or should have known the infringed computer software program belonged to Plaintiff. Defendants knew they did not have permission to exploit Plaintiff's computer software program.

28. Defendants knew or should have known the computer software program was a professional software program and likely subject to copyright.

29. Defendants knew they did not have permission to engage in any of the acts held exclusively to copyright holders.

30. Defendants knew or should have known their acts constituted copyright infringement.

31. Defendants' conduct was willful within the meaning of the Copyright Act.

32. As a result of his wrongful conduct, Defendants are liable to Plaintiff for copyright infringement pursuant to 17 U.S.C. §501. Plaintiff

6

has suffered, and will continue to suffer, substantial losses, including but not limited to damage to its business reputation and goodwill.

33. Plaintiff is entitled to recover damages, which include its losses and any and all profits Defendants have made as a result of their wrongful conduct. 17 U.S.C. §504. Alternatively, Plaintiff is entitled to statutory damages under 17 U.S.C. §504(c).

34. In addition, because Defendants' infringement was willful, the award of statutory damages should be enhanced in accordance with 17 U.S.C. §504(c)(2).

35. Plaintiff is entitled to recover its attorneys' fees and costs of suit pursuant to 17 U.S.C. §505.

## JURY DEMAND

36. Plaintiff hereby demands a jury trial in this case.

## PRAYER

WHEREFORE, Plaintiff OSKAR Systems, Inc. respectfully requests judgment as follows:

(1) That the Court enter a judgment against Defendants finding that they have:

    a. willfully infringed Plaintiff's rights in federally registered copyrights under 17 U.S.C. §501; and

    b. otherwise injured the Plaintiff's business and business reputation by Defendant's acts and conduct as set forth in this Complaint.

(2) That the Court issue injunctive relief against Defendant, and that Defendants, their agents, representatives, servants, employees, attorneys, successors and assignees, and others in active concert or participation with them, be enjoined and

7

restrained from copying, posting or marking any other infringing use or infringing distribution of computer software program or other materials owned by or registered to Plaintiff;

(3)     That the Court enter an order of impoundment pursuant to 17 U.S.C. §503 and 509(a) impounding all infringing copies of Plaintiff's computer program or other materials, which are in Defendants' possession or under his control;

(4)     That the Court order Defendants to pay Plaintiff's general, special, actual and statutory damages as follows: Plaintiff's damages and defendant's profits pursuant to 17 U.S.C. §504(b), or in the alternative, enhanced statutory damages pursuant to 17 U.S.C. §504(c)(2), for Defendants' willful infringement of Plaintiff's copyrights; and

(5)     That the Court order Defendants to pay Plaintiff both the costs of this action and the reasonable attorney's fees incurred by it in prosecuting this action pursuant to 17 U.S.C. §504; and

(6)     That the Court grant to Plaintiff such other and additional relief as is just and proper.

///

///

///

8

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure,

Plaintiff demands a trial by jury of all issues properly triable by a jury in this action.

Dated: May 26, 2009

Respectfully submitted,

LAW OFFICES OF JONATHAN GABRIEL

BY:

Jonathan G. Gabriel, SBN 140381

Jeffrey Alpert, Esq., SBN 165997
16311 Ventura Blvd., Ste. 970
Encino, California 91436
Telephone: (818) 906-3700
Facsimile: (818) 906-2142

ATTORNEYS FOR OSKAR SYSTEMS, LLC

Exhibit "A-1"

## Tim Heikell

· 2nd place

27 April 2007, 2:54p Standard, by best lap, General Races

ProScore 98.00 (-2), ranked 95,213 of 133,522 (28th percentile)
Racer since 27 April 2007, 2:51p, 1st visit, 1st race
Dev / (206)768-9800

More race details at http://localhost/oskar/oskarportal/

### position each lap (by best lap time)



|    | racer | best lap | avg. lap | gap | proscore™ |
|----|-------|----------|----------|-----|-----------|
| 1  | Martin Vogel | 27.54 | 33.03 | 27.54 | 95.00 (-5) |
| 2  | **Tim Heikell** | **27.64** | **30.56** | **0.10** | **98.00 (-2)** |
| 3  | Nate Small | 27.96 | 31.38 | 0.42 | 105.00 (+5) |
| 4  | Fabricio Mondragon | 28.02 | 32.14 | 0.46 | 108.00 (+8) |
| 5  | Anthony Gonzales | 28.03 | 31.84 | 0.49 | 98.00 (-2) |
| 6  | Leo Brown | 28.03 | 32.44 | 0.49 | 103.00 (+3) |
| 7  | Fernando Anzo | 28.79 | 33.00 | 1.25 | 93.00 (-7) |
| 8  | Danielle Hayes | 29.98 | 33.17 | 2.44 | 108.00 (+8) |
| 9  | Haley Bradford | 30.00 | 34.72 | 2.46 | 101.00 (+1) |
| 10 | Chelsea Lincoln | 30.51 | 35.74 | 2.97 | 91.00 (-9) |

### laptimes for Tim Heikell

(1) 38.07  (2) 29.98  (3) 28.20  (4) 28.58  (5) 28.30
(6) 28.16  (7) 27.66  (8) 44.45  (9) 30.97  (10) 28.27
(11) 28.20  (12) 27.64  (13) 29.15  (14) 30.25



| | top overall | proscore | best of week | laptime |
|---|-------------|----------|--------------|---------|
| 1 | jake the snake 1 | 229.13 | Martin Vogel | 27.54 |
| 2 | slow poke | 209.72 | Tim Heikell | 27.64 |
| 3 | James the flames | 202.89 | Nate Small | 27.96 |
| 4 | Chaser10 | 187.31 | Fabricio Mondragon | 28.02 |
| 5 | Kenny | 186.20 | Anthony Gonzales | 28.03 |
| 6 | Icarus | 185.08 | Leo Brown | 28.03 |
| 7 | Buzz | 184.00 | Fernando Anzo | 28.79 |
| 8 | Broken | 183.43 | Danielle Hayes | 29.98 |
| 9 | Strikeforce | 183.24 | Haley Bradford | 30.00 |
| 10 | bulvnkel | 182.54 | Chelsea Lincoln | 30.51 |

Exhibit "A-2"

Check your entire race history online at www.raceSHI.com

# DRIVER STATS

## Tim Heikell

### 2nd Place

**Racing Performance Measurement(RPM.)** 1282(+82) Ranked 9,022 of 58,395 (84.55%) Since 11/18/06, 1st visit, 1st race

**Laptimes (14-lap race)** 11/18/06 01:50 PM



```
40.00
38.00
36.00
34.00
32.00
30.00
28.00
     1  2  3  4  5  6  7  8  9  10 11 12 13 14
```

(1) 38.07   (2) 29.98   (3) 28.20   (4) 28.58
(8) 44.45   (9) 30.97   (10) 28.27   (11) 28.20
(5) 28.30   (6) 28.16   (7) 27.66
(12) 27.64   (13) 29.15   (14) 30.25

**Position(By Best Lap Time)**

```
1
2
3
4
5
6
7
8
9
10
    1  2  3  4  5  6  7  8  9  10 11 12 13 14
```

### Speed Sheet

| | Racer | Best Lap | Avg. | Gap | RPM. |
|---|---|---|---|---|---|
| 1 | Martin Vogel | 27.54 | 29.82 | 0 | 2520 (+16) |
| 2 | **Tim Heikell** | **27.64** | **29.98** | **0.1** | **1282 (+82)** |
| 3 | Nate Small | 27.96 | 30.17 | 0.41 | 1262 (+62) |
| 4 | Fabricio Mon... | 28.02 | 31.01 | 0.48 | 1192 (+47) |
| 5 | Anthony Gonz... | 28.03 | 30.11 | 0.48 | 1232 (+21) |
| 6 | Leo Brown | 28.03 | 31.05 | 0.49 | 1301 (-7) |
| 7 | Fernando Anzo | 28.79 | 30.50 | 1.25 | 1215 (-21) |
| 8 | Danielle Hayes | 29.98 | 32.38 | 2.44 | 1082 (-30) |
| 9 | Haley Bradford | 30.00 | 33.45 | 2.46 | 1007 (-45) |
| 10 | Chelsea Lincoln | 30.51 | 35.04 | 2.97 | 1122 (-78) |

**Top RPM. Overall**
1. "boot Strap Bill" (5322)
2. Matt Brown (4231)
3. Jeff Chun (3755)
4. Duster 123 (3751)
5. Royal Blueberry (3721)
6. D-dubb (3711)
7. Kerry Peterson (3619)
8. Toby Ullon (3595)
9. Crash Gill-more (3495)
10. Dice Man's Dad (3492)
11. Cry Baby!!! (3487)
12. James Stewart (3481)

**Best Time of The Week:**
1. Kerry Peterson (26.12)
2. Dice Man's Dad (26.28)
3. Christopher Gosse... (26.30)
4. Tim Jones (26.35)
5. Roble Peterson (26.36)
6. Ketchup (26.40)
7. Brett Edwards (26.44)
8. Thomas Hahn (26.46)
9. Nick Hogan (26.47)
10. Mr. Fantastic (26.50)
11. Derek Becker (26.55)
12. Stikemup (26.57)



Real Side-By-Side Racing
Inland Empire's Only Indoor Kart Track
Video Games, Pool Tables, Food & More
Quiet, Emission-Free Karts
Hand-Controlled Karts for Handicap
Kid's Karts
Arrive & Drive
Group Events & Private Parties

Exhibit "B-1"

https://www.speedsheettiming.com/p2rcorona/RaceDetails.aspx?RaceID=26012    stock market close

Stumble! All ▾   I like It!     Share ▾   Pages   Friends   Menu ▾

Microsoft …   Control th…   E*TRADE …   Index Fun…   Why We L…   Sp…    Page ▾   Tools ▾

# Race Details

| Rank | Name | 6xst 1 ap | vq. Lap | Gap | Lap | 2.7 al. | (+/-) |
|------|------|-----------|---------|-----|------|---------|-------|
| 1 | | 27.544 | 33.036 | 27 54 | 14 | 2520 | 18 |
| 2 | | 27.64 | 30.56 | 0.10 | 14 | 1282 | 82 |
| 3 | | 27 956 | 31.385 | 0.41 | 14 | 1282 | 92 |
| 4 | | 28.024 | 32.145 | 0.48 | 14 | 1192 | 47 |
| | | 28.327 | 31.847 | 0.48 | 14 | 1292 | 21 |
| | | 28.033 | 32.446 | 0.49 | 14 | 1301 | -7 |
| | | 28.789 | 33.002 | 1.25 | 14 | 1215 | -21 |
| | | 29.981 | 33.175 | 2.44 | 13 | 1082 | -30 |
| | | 30 | 34.717 | 2.46 | 13 | 1007 | -45 |
| 9 | | 30.513 | 35.757 | 2 97 | 12 | 1112 | -79 |

| | Tom Kellie | Moto Small | Fabricio Montbragon | Anthony Gonzales | Leo Brown | Fernando Anza | Daniela Neves | Haley Bradford | Chelsea Lincoln |
|---|---|---|---|---|---|---|---|---|---|
| 74.87 | 38.17 | 47.10 | 45.96 | 54.40 | 30.58 | 65.49 | 41.97 | 49.91 | 43.42 |
| 29.69 | 29.98 | 30.07 | 29.82 | 29.50 | 29.14 | 30.93 | 31.72 | 34.35 | 37.02 |
| 29.17 | 29.20 | 29.30 | 29.52 | 33.18 | 29.15 | 29.37 | 30.55 | 34.09 | 35.04 |
| 27.80 | 28.58 | 30.42 | 28.62 | 29.37 | 29.53 | 29.26 | 31.04 | 32.66 | 37.59 |
| 31.15 | 29.30 | 28.95 | 29.45 | 29.55 | 28.46 | 29.91 | 30.23 | 33.00 | 35.02 |
| 28.73 | 28.16 | 28.54 | 29.48 | 28.39 | 28.37 | 29.24 | 30.99 | 32.26 | 32.95 |
| 29.19 | 27.66 | 28.03 | 28.02 | 30.11 | 29.23 | 29.50 | 30.59 | 50.17 | 49.85 |
| 27.89 | 44.45 | 45.35 | 28.90 | 28.70 | 28.03 | 28.90 | 50.00 | 33.12 | 32.09 |
| 44.97 | 30.97 | 28.43 | 47.15 | 42.51 | 47.61 | 45.04 | 29.98 | 50.20 | 31.88 |
| 27.54 | 28.27 | 28.42 | 28.84 | 29.47 | 29.92 | 28.99 | 30.38 | 31.26 | 30.51 |
| 28.45 | 29.20 | 29.29 | 31.00 | 28.03 | 30.83 | 29.47 | 30.68 | 31.46 | 32.39 |
| 28.25 | 27.64 | 30.47 | 34.50 | 28.13 | 34.59 | 28.93 | 31.79 | 30.70 | 32.17 |
| 28.39 | 29.15 | 27.96 | 30.42 | 29.41 | 30.33 | 28.79 | 30.59 | 30.96 | |
| 28.40 | 30.25 | 28.05 | 30.27 | 28.29 | 30.46 | 29.28 | | | |

Internet    100% ▾

Exhibit "B-2"

http://localhost/oskar/oskarportal/(S(tkvv4hqrvtdvku55ahjw0z45))/Rac

Stumble! All ▾          Share ▾   Pages   Friends   Menu ▾

OSKAR Portal -- Race Results          ▾   Page ▾   Tools ▾


# race results

| race | standard |
|------|----------|
| type | best lap |
| date | friday  april 27  2007 at 2.54 pm |
| winner | Martin Vogel by 0.10 |

| rank | racer | best lap | average lap | gap | lap | pro score | change |
|------|-------|----------|-------------|-----|-----|-----------|--------|
| 1 | Martin Vogel | 27.54 | 33.03 | 27.54 | 14 | 95.00 | -5.00 |
| 2 | Tim Heikell | 27.64 | 30.56 | 0.10 | 14 | 98.00 | -2.00 |
| 3 | Nate Small | 27.96 | 31.38 | 0.42 | 14 | 105.00 | 5.00 |
| 4 | Fabricio Mondragon | 28.02 | 32.14 | 0.48 | 14 | 108.00 | 8.00 |
| 5 | Anthony Gonzales | 28.03 | 31.84 | 0.49 | 14 | 98.00 | -2.00 |
| 6 | Leo Brown | 28.03 | 32.44 | 0.49 | 14 | 103.00 | 3.00 |
| 7 | Fernando Anzo | 28.79 | 33.00 | 1.25 | 14 | 93.00 | -7.00 |
| 8 | Danielle Hayes | 29.98 | 33.17 | 2.44 | 13 | 108.00 | 8.00 |
| 9 | Haley Bradford | 30.00 | 34.72 | 2.46 | 13 | 101.00 | 1.00 |
| 10 | Chelsea Lincoln | 30.51 | 35.74 | 2.97 | 12 | 91.00 | -9.00 |

| lap | Martin Vogel | Tim Heikell | Nate Small | Fabricio Mondragon | Anthony Gonzales | Leo Brown | Fernando Anzo | Danielle Hayes | Haley Bradford | Chelsea Lincoln |
|-----|------|------|------|------|------|------|------|------|------|------|
| 1 | 74.87 | 38.07 | 47.10 | 46.36 | 54.40 | 50.58 | 65.49 | 42.67 | 49.91 | 43.42 |
| 2 | 29.69 | 29.98 | 30.07 | 28.82 | 29.50 | 29.14 | 30.93 | 31.72 | 34.35 | 37.02 |
| 3 | 28.17 | 28.20 | 29.30 | 29.52 | 33.18 | 29.16 | 29.37 | 30.95 | 34.09 | 35.04 |
| 4 | 27.80 | 28.58 | 30.42 | 28.62 | 29.37 | 28.53 | 29.26 | 31.04 | 32.86 | 37.59 |
| 5 | 31.15 | 28.30 | 28.95 | 28.45 | 28.55 | 28.46 | 28.81 | 30.23 | 30.00 | 35.02 |
| 6 | 28.73 | 28.16 | 28.54 | 28.48 | 28.39 | 28.37 | 29.24 | 30.99 | 32.26 | 32.95 |
| 7 | 28.19 | 27.66 | 28.03 | 28.02 | 30.11 | 28.23 | 29.50 | 30.28 | 50.17 | 48.85 |
| 8 | 27.89 | 44.45 | 45.35 | 28.90 | 28.70 | 28.03 | 28.90 | 50.00 | 33.12 | 32.08 |
| 9 | 44.97 | 30.97 | 28.43 | 47.13 | 42.32 | 47.61 | 45.04 | 29.98 | 30.20 | 31.88 |
| 10 | 27.54 | 28.27 | 28.42 | 28.64 | 28.47 | 29.92 | 28.99 | 30.38 | 31.26 | 30.51 |
| 11 | 28.45 | 28.20 | 28.29 | 31.22 | 28.03 | 30.83 | 29.47 | 30.65 | 31.46 | 32.33 |
| 12 | 28.25 | 27.64 | 30.17 | 34.50 | 28.13 | 34.59 | 28.96 | 31.79 | 30.70 | 32.17 |

Exhibit "C-1"

# *express assumption of risk, complete waiver and agreement not to sue, and indemnity agreement*

| *dated* | Friday, April 27 2007, 2:51p | | |
|---|---|---|---|
| *operator* | OSKAR Dev | | |
| *participant* | Tim Heikell | *birthdate* | 15 May 1964 |
| | 3611 SW Hanford | *phone* | 425-442-4565 |
| | | *email* | crashingsucks@gmail.com |
| | Seattle, WA 98126 | | |
| *license #* | | *issuing state / country* | |

**READ THIS CAREFULLY - IT AFFECTS YOUR LEGAL RIGHTS.**

In return for the license to use the property, facilities and services (the "Facilities") of the Operator of this or any owned or affiliated facilities (as well as any other persons or entity related thereto) and/or its subsidiaries and affiliates ("OPERATOR"). The undersigned ("PARTICIPANT"), for themselves, their heirs, assigns and legal representatives, hereby expressly agrees to:

1. ASSUME ANY AND ALL RISKS INVOLVED IN OR ARISING FROM PARTICIPANT'S USE OR PRESENCE UPON THE FACILITIES, including, without limitation, the risks of death, bodily injury or property damage resulting from collision between his or her vehicle and another vehicle, a person or stationary object; skidding; overturning; sudden stops; braking or acceleration; fire; explosion; the unavailability of emergency medical care; or the negligent or deliberate acts of another person;

2. RELEASE OPERATOR, Franchisers and all its successors, assigns, subsidiaries, branches, operators, franchisees, affiliates, officers, directors, employees, and agents, landlords, and even sponsors from, and not to sue them on account of or in connection with any claims, causes of action, injuries, damages, costs or expenses arising out of PARTICIPANT'S use of or presence upon the Facilities, including without limitation, those based on death, bodily injury, or property damage, whether or not caused by the negligence or other fault of OPERATOR, including strict product liability or any other liability without fault;

3. RELEASE OPERATOR, and other parties identified in paragraph 2 and owners of the facilities ("OWNERS") of any and all responsibility to him or her and agrees to indemnify and hold harmless OPERATOR and owners against any and all damages or injuries arising out of the use of the Facilities by any party, including other PARTICIPANTs, or by negligent acts of OPERATOR or by PARTICIPANT;

4. WAIVE the protection afforded by any statute or law in any jurisdiction whose purpose, substance and/or effect is to provide that a general release shall not extend to the claims; material or otherwise, which the person giving the release does not know or suspect to exist at the time or executing the release;

5. INDEMNIFY AND DEFEND OPERATOR, against and hold harmless from any and all claims, causes of action, damages, judgments, costs or expenses, including attorney fees, which in anyway arise from PARTICIPANT's Use or presence upon the Facilities;

6. PAY for any and all damages to the Facilities caused by PARTICIPANT, negligently willfully or otherwise; and

7. AGREE that by participating in events or the utilization of facilities of OPERATOR, I acknowledge that I am cognizant of all the inherent dangers of driving vehicles offered to PARTICIPANT and the basic safety rules for driving such vehicles (and if not I will advise OPERATOR and request further assistance so that I may fully understand them). I agree that I will not participate in any events or utilize the facilities if I am under the influence of drugs or alcohol, if I am pregnant, or if there is any other physical condition that may impair my ability to understand instructions or to participate without creating risk to others or myself.

I HAVE READ THIS AGREEMENT. I UNDERSTAND THAT BY MAKING THIS AGREEMENT I SURRENDER VALUABLE RIGHTS. I DO SO FREELY AND VOLUNTARILY. I FURTHER CERTIFY THAT I AM OF LAWFUL AGE, NOT PREGNANT, AND AND LEGALLY COMPETENT TO SIGN THIS AGREEMENT; THAT I UNDERSTAND THAT THE TERMS HEREIN ARE CONTRACTUAL AND NOT A MERE RECITAL; THAT I HAVE SIGNED THIS AGREEMENT AS MY OWN FREE ACT AND IF I HAVE ANY DOUBTS CONCERNING THE CONTENTS OF THIS AGREEMENT, I WILL CONSULT AN ATTORNEY BEFORE SIGNING IT.

| *participant* | X | *date* | X |
|---|---|---|---|
| *printed* Friday, April 27 2007, 6:38p | | *id* | 961AB02F-9C38-4004-9A08-0D49A3FFFBFA |

Exhibit "C-2"

# Express assumption of risk, complete waiver and agreement not to sue, and indemnity agreement

| | |
|---|---|
| **Dated** | Saturday, November 18 2006, 1:39p |
| **Business** | Pole Position |
| **Participant** | Tim Heikell |
| | 3611 SW Hanford |
| | |
| | Seattle, WA 98126 |
| **License #** | HEIKETP365KN |

Birthdate  15 May 1964

Phone  425-442-4565

Email  crashingsucks@gmail.com

Issue By  WA

## READ THIS CAREFULLY - IT AFFECTS YOUR LEGAL RIGHTS.

In return for the license to use the property, facilities and services (the "Facilities") of the Operator of this or any owned or affiliated facilities (as well as any other persons or entity related thereto) and/or its subsidiaries and affiliates ("OPERATOR"). The undersigned ("PARTICIPANT"), for themselves, their heirs, assigns and legal representatives, hereby expressly agrees to:

1. ASSUME ANY AND ALL RISKS INVOLVED IN OR ARISING FROM PARTICIPANT'S USE OR PRESENCE UPON THE FACILITIES, including, without limitation, the risks of death, bodily injury or property damage resulting from collision between his or her vehicle and another vehicle, a person or stationary object; skidding; overturning; sudden stops; braking or acceleration; fire; explosion; the unavailability of emergency medical care; or the negligent or deliberate acts of another person;

2. RELEASE OPERATOR, Franchisers and all its successors, assigns, subsidiaries, branches, operators, franchisees, affiliates, officers, directors, employees, and agents, landlords, and even sponsors from, and not to sue them on account of or in connection with any claims, causes of action, injuries, damages, costs or expenses arising out of PARTICIPANT'S use of or presence upon the Facilities, including without limitation, those based on death, bodily injury, or property damage, whether or not caused by the negligence or other fault of OPERATOR, including strict product liability or any other liability without fault;

3. RELEASE OPERATOR, and other parties identified in paragraph 2 and owners of the facilities ("OWNERS") of any and all responsibility to him or her and agrees to indemnify and hold harmless OPERATOR and owners against any and all damages or injuries arising out of the use of the Facilities by any party, including other PARTICIPANTs, or by negligent acts of OPERATOR or by PARTICIPANT;

4. WAIVE the protection afforded by any statute or law in any jurisdiction whose purpose, substance and/or effect is to provide that a general release shall not extend to the claims; material or otherwise, which the person giving the release does not know or suspect to exist at the time or executing the release;

5. INDEMNIFY AND DEFEND OPERATOR, against and hold harmless from any and all claims, causes of action, damages, judgments, costs or expenses, including attorney fees, which in anyway arise from PARTICIPANT's Use or presence upon the Facilities;

6. PAY for any and all damages to the Facilities caused by PARTICIPANT, negligently willfully or otherwise; and

7. AGREE that by participating in events or the utilization of facilities of OPERATOR, I acknowledge that I am cognizant of all the inherent dangers of driving vehicles offered to PARTICIPANT and the basic safety rules for driving such vehicles (and if not I will advise OPERATOR and request further assistance so that I may fully understand them). I agree that I will not participate in any events or utilize the facilities if I am under the influence of drugs or alcohol, if I am pregnant, or if there is any other physical condition that may impair my ability to understand instructions or to participate without creating risk to others or myself.

I HAVE READ THIS AGREEMENT. I UNDERSTAND THAT BY MAKING THIS AGREEMENT I SURRENDER VALUABLE RIGHTS. I DO SO FREELY AND VOLUNTARILY. I FURTHER CERTIFY THAT I AM OF LAWFUL AGE, NOT PREGNANT, AND AND LEGALLY COMPETENT TO SIGN THIS AGREEMENT; THAT I UNDERSTAND THAT THE TERMS HEREIN ARE CONTRACTUAL AND NOT A MERE RECITAL; THAT I HAVE SIGNED THIS AGREEMENT AS MY OWN FREE ACT AND IF I HAVE ANY DOUBTS CONCERNING THE CONTENTS OF THIS AGREEMENT, I WILL CONSULT AN ATTORNEY BEFORE SIGNING IT.

| Participant  X | Date  X |
|---|---|

Printed Saturday, November 18 2006, 1:45p

ID 59606

Exhibit "D"

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**TX 6-898-089**

**Effective date of registration:**

**February 17, 2003**

---

**Title of Work:** OSKAR Go Kart Business Software

## Completion/Publication

**Year of Completion:** 2002

**Date of 1st Publication:** March 1, 2002

## Author

■ **Author:** OSKAR Systems, LLC

**Author Created:** Computer Program

**Work made for hire:** Yes

**Citizen of:** United States  **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** OSKAR Systems, LLC
324 15th Avenue E, Suite 103, Seattle, WA, 98112-5194

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Jeal D. Voelker

**Date:** February 13, 2003

---

**Correspondence:** Yes