1  Daryl M. Crone (Bar No. 209610)
     dcrone@bmchlaw.com
2  Jaime W. Marquart (Bar No. 200344)
     jmarquart@bmchlaw.com
3  Christian A. Anstett (Bar No. 240179)
     canstett@bmchlaw.com
4  BAKER MARQUART CRONE & HAWXHURST LLP
   10990 Wilshire Blvd., Fourth Floor
5  Los Angeles, California  90024
6  Telephone:  (424) 652-7800
   Facsimile:   (424) 652-7850
7
   Attorneys for Defendants
8  Pole Position Raceway, Inc., P2R Karting, Inc.,
   Ken Faught and Jason Williams
9

10                    UNITED STATES DISTRICT COURT

11                   CENTRAL DISTRICT OF CALIFORNIA

12                           WESTERN DIVISION

13  | OSKAR SYSTEMS, LLC,        | CASE NO. CV09-03854 AHM (SHx) |
14  |        Plaintiff,          | **JUDGMENT OF DISMISSAL**     |
15  |                            |                               |
    |        v.                  |                               |
16  |                            |                               |
    | CLUB SPEED, INC., et al.,  |                               |
17  |                            |                               |
    |        Defendants.         |                               |

{00036736.DOC - v1}

PROPOSED JUDGMENT

1  The Court, having granted summary judgment in favor of defendants
2  Pole Position Raceway, Inc., P2R Karting, Inc., Ken Faught and Jason Williams,
3  and against plaintiff Oskar Systems, LLC, on the Complaint,
4  IT IS HEREBY ORDERED AND ADJUDGED THAT judgment is
5  entered in favor of defendants Pole Position Raceway, Inc., P2R Karting, Inc., Ken
6  Faught and Jason Williams and against plaintiff Oskar Systems, LLC.
7  Dated:  September 2, 2010
8  **JS-6**

_____
UNITED STATES DISTRICT JUDGE