AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.  CV-09-03854 | U.S. District Court, Central District of CA |
| DATE FILED  5/29/2009 | 312 N. Spring Street<br>Los Angeles, CA 90012 |

| PLAINTIFF | DEFENDANT |
|---|---|
| Oskar Systems, LLC | Club Speed, Inc.; Eric Novakovich; Pole Position Raceway, Inc.; P2R Karting, Inc.; Ken Faught; Jason Williams; Does 1-10, Inclusive. |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1  TX 6-898-089 | OSKAR Go Kart Business Software | Oskar Systems, LLC |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED  6/3/2009 | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☑ Other Pleading |
|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1  TX 6-898-089 | OSKAR Go Kart Business Software | Oskar Systems, LLC |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order  ☒ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☒ No | DATE RENDERED<br>9/2/10 |
|---|---|---|
| CLERK  Terry Nafisi | (BY) DEPUTY CLERK  Kendra Bradshaw | DATE  9/2/10 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Daryl M. Crone (Bar No. 209610)
  dcrone@bmchlaw.com
Jaime W. Marquart (Bar No. 200344)
  jmarquart@bmchlaw.com
Christian A. Anstett (Bar No. 240179)
  canstett@bmchlaw.com
BAKER MARQUART CRONE & HAWXHURST LLP
10990 Wilshire Blvd., Fourth Floor
Los Angeles, California  90024
Telephone:  (424) 652-7800
Facsimile:   (424) 652-7850

Attorneys for Defendants
Pole Position Raceway, Inc., P2R Karting, Inc.,
Ken Faught and Jason Williams

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| OSKAR SYSTEMS, LLC, | CASE NO. CV09-03854 AHM (SHx) |
| Plaintiff, | **JUDGMENT OF DISMISSAL** |
| v. | |
| CLUB SPEED, INC., et al., | |
| Defendants. | |

{00036736.DOC - v1}

PROPOSED JUDGMENT

1  The Court, having granted summary judgment in favor of defendants
2  Pole Position Raceway, Inc., P2R Karting, Inc., Ken Faught and Jason Williams,
3  and against plaintiff Oskar Systems, LLC, on the Complaint,
4  IT IS HEREBY ORDERED AND ADJUDGED THAT judgment is
5  entered in favor of defendants Pole Position Raceway, Inc., P2R Karting, Inc., Ken
6  Faught and Jason Williams and against plaintiff Oskar Systems, LLC.
7  Dated:  September 2, 2010
8  **.JS-6**

_____
UNITED STATES DISTRICT JUDGE