Daryl M. Crone (Bar No. 209610)
  dcrone@bmchlaw.com
Jaime W. Marquart (Bar No. 200344)
  jmarquart@bmchlaw.com
Christian A. Anstett (Bar No. 240179)
  canstett@bmchlaw.com
BAKER MARQUART CRONE & HAWXHURST LLP
10990 Wilshire Blvd., Fourth Floor
Los Angeles, California  90024
Telephone:  (424) 652-7800
Facsimile:   (424) 652-7850

Attorneys for Defendants
Pole Position Raceway, Inc., P2R Karting, Inc.,
Ken Faught and Jason Williams

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| OSKAR SYSTEMS, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CLUB SPEED, INC., et al.,<br><br>　　　　　Defendants. | CASE NO. CV09-03854 AHM (SHx)<br><br>**AMENDED JUDGMENT OF DISMISSAL** |

{00038481.DOC - v1}

AMENDED JUDGMENT

1  The Court, having (1) granted summary judgment in favor of
2  defendants Pole Position Raceway, Inc., P2R Karting, Inc., Ken Faught and Jason
3  Williams, and against plaintiff Oskar Systems, LLC, on the Complaint; and
4  (2) entered awards of attorneys' fees and costs against plaintiff Oskar Systems,
5  LLC,
6  IT IS HEREBY ORDERED AND ADJUDGED THAT judgment is
7  entered in favor of defendants Pole Position Raceway, Inc., P2R Karting, Inc., Ken
8  Faught and Jason Williams, and against plaintiff Oskar Systems, LLC, and that
9  defendants Pole Position Raceway, Inc., P2R Karting, Inc., Ken Faught and Jason
10 Williams recover their costs and attorneys' fees from plaintiff Oskar Systems, LLC
11 in the amount of $224,455.60.
12 DATED: November 05, 2010

UNITED STATES DISTRICT JUDGE

{00038481.DOC - v1}

- 1 -

AMENDED JUDGMENT